1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ANTHONY B. TILLMAN,

11              Petitioner,                    No. CIV S-09-0641 GGH P

12         vs.

13    KATHY MENDOZA-POWERS,[1] Warden,

14              Respondent.                    ORDER

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.[2]   Petitioner, convicted in Sacramento County

18    Superior Court in 1987, and evidently serving a 19-year-to-life sentence,[3] is currently

19    _____

20         [1]  Although petitioner has spelled the respondent's name as "Mendoz K. Powers," it is
      probable that he intended to name the Warden at Avenal State Prison, Kathy Mendoza-Powers, as
21    respondent.  The respondent in this action is "the state officer having custody of" petitioner. Stanley
      v. Cal. Supreme Court, 21 F.3d 359, 360 (9th Cir.1994); Brittingham v. United States, 982 F.2d 378,
22    379 (9th Cir. 1992) ("A custodian 'is the person having a day-to-day control over the prisoner.  That
      person is the only one who can produce 'the body' of the petitioner.")
23
         [2]  Petitioner  does not appear either to have filed an in forma pauperis application or to have
24    paid the filing fee.

25         [3]  Confusingly, an exhibit petitioner has attached indicates that petitioner came to the CDC
      on September 27, 1979[sic], but that his life term began on September 10, 1997, notwithstanding that
26    he himself states in his petition he was convicted in 1987.  See petition, pp. 2, 7.

                                                   1

1  incarcerated at Avenal State Prison.

2      Petitioner appears to be challenging a matter related to a Board of Parole Hearings

3  Life Prisoner Hearing Decision Face Sheet.  See Ground 1 of petition, p. 3.  Avenal State Prison

4  is located in Kings County which is part of the Fresno Division of the United States District

5  Court for the Eastern District of California.  See Local Rule 3-120(d).

6      Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

7  the proper division of a court may, on the court's own motion, be transferred to the proper

8  division of the court.  Therefore, this action will be transferred to the Fresno Division of the

9  court.  This court will not determine whether or not petitioner may be entitled to proceed in

10  forma pauperis.

11      Good cause appearing, IT IS HEREBY ORDERED that:

12      1.  This court has not issued any order with regard to the filing of an in forma

13  pauperis application or payment of the filing fee;

14      2.  This action is transferred to the United States District Court for the Eastern

15  District of California sitting in Fresno; and

16      3.  All future filings shall reference the new Fresno case number assigned and

17  shall be filed at:

18          United States District Court
           Eastern District of California
19          2500 Tulare Street
           Fresno, CA 93721
20

21  DATED: March 17, 2009

                                    /s/ Gregory G. Hollows
22                                  _____
                                    GREGORY G. HOLLOWS
23                                  UNITED STATES MAGISTRATE JUDGE

24  GGH:009
    till0641.109
25

26